MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
rplatt@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
dbrown@manatt.com
ALEXANDRA N. Hill (Bar No. 313249)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for *Plaintiff*
TICKETMASTER L.L.C.

Thomas H. Vidal (State Bar No. 204432)
tvidal@pryorcashman.com
Benjamin S. Akley (State Bar No. 278506)
bakley@pryorcashman.com
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Phone: (310) 556-9608
Fax: (310) 556-9670

Donald S. Zakarin (Pro Hac Vice Application forthcoming)
dzakarin@pryorcashman.com
Ilene S. Farkas (Pro Hac Vice Application forthcoming)
ifarkas@pryorcashman.com
Benjamin K. Semel (Admitted Pro Hac Vice)
bsemel@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Phone: (212) 326-0181
Fax: (212) 798-6326

Attorneys for *Defendants*
PRESTIGE ENTERTAINMENT WEST, INC.,
RENAISSANCE VENTURES LLC,
NICHOLAS LOMBARDI, and STEVEN K. LICHTMAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff, | Case No. 17-cv-07232-ODW (JCx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS AND SET BRIEFING SCHEDULE** |

320602817.2

STIP. TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS & SET BRIEFING SCHEDULE

| | |
|---|---|
| vs.<br><br>PRESTIGE ENTERTAINMENT WEST, INC., a California corporation, RENAISSANCE VENTURES LLC, a Connecticut limited liability company, NICHOLAS LOMBARDI, STEVEN K. LICHTMAN, FAST SOFTWARE SOLUTIONS, LLC, a Nevada limited liability company, DOES 1 through 6, inclusive, and DOES 8 through 10, inclusive,<br><br>Defendants. | Comp. Filed: October 2, 2017<br>FAC Filed: February 21, 2018<br>SAC Filed: June 18, 2018 |

Plaintiff Ticketmaster LLC ("Ticketmaster") and defendants Prestige Entertainment West, Inc. and Renaissance Ventures LLC ("Defendants") (jointly, the "Parties"), through their respective attorneys, stipulate as follows.

WHEREAS:

A. Defendants filed Counterclaims against Ticketmaster on June 25, 2018. [Dkt. 61.]

B. Ticketmaster's current deadline for responding to the Counterclaims is July 16, 2018.

C. Ticketmaster anticipates responding by motion to the Counterclaims.

D. Defendants have agreed to extend Ticketmaster's response deadline to August 17, 2018.

E. Defendants have requested additional time to file any opposition, to accommodate the birth of counsel Benjamin Semel's child later this summer.

F. The Parties agree that Defendants' opposition will be due September 17, 2018.

G. The Parties agree that any reply by Ticketmaster will be due on October 1, 2018.

H. The Parties agree to a hearing date of October 15, 2018.

**THE PARTIES THEREFORE STIPULATE THAT:**

1. The deadline for Ticketmaster to respond to Defendants' Counterclaims is extended from July 16, 2018 to August 17, 2018.

2. The deadline for Defendants to oppose any motion by Ticketmaster in response to the Counterclaims shall be September 17, 2018.

3. The deadline for any reply by Ticketmaster shall be October 1, 2018.

4. The hearing on any motion by Ticketmaster in response to the Counterclaims shall be October 15, 2018.

Dated: July 16, 2018        MANATT, PHELPS & PHILLIPS, LLP
                            ROBERT H. PLATT
                            DONALD R. BROWN
                            ALEXANDRA N. HILL


                            By: /s/ *Robert H. Platt*
                                Robert H. Platt
                                Attorneys for *Plaintiff*
                                TICKETMASTER L.L.C.

Dated: July 16, 2018        PRYOR CASHMAN LLP


                            By: /s/ *Thomas H. Vidal*
                                Thomas H. Vidal
                                Attorney for *Defendants*
                                PRESTIGE ENTERTAINMENT WEST,
                                INC., RENAISSANCE VENTURES
                                L.L.C., NICHOLAS LOMBARDI,
                                STEVEN K. LICHTMAN

**LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.