1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

TICKETMASTER L.L.C., a Virginia limited liability company,

14

Plaintiff,

15

16

vs.

17

PRESTIGE ENTERTAINMENT WEST, INC., a California corporation, RENAISSANCE VENTURES LLC, a

18

Connecticut limited liability company, NICHOLAS LOMBARDI, STEVEN

19

K. LICHTMAN, FAST SOFTWARE SOLUTIONS, LLC, a Nevada limited

20

liability company, DOES 1 through 6, inclusive, and DOES 8 through 10,

21

inclusive,

22

Defendants.

Case No. 17-cv-07232-ODW (JCx)

Hon. Otis D. Wright II

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND SETTING BRIEFING SCHEDULE**

Comp. Filed:   October 2, 2017
FAC Filed:     February 21, 2018
SAC Filed:     June 18, 2018

23

24

25

26

27

28

320603917.1

[PROPOSED] ORDER

**[PROPOSED] ORDER**

Plaintiff Ticketmaster LLC ("Ticketmaster") and defendants Prestige Entertainment West, Inc. and Renaissance Ventures LLC ("Defendants") (jointly, the "Parties") filed a Stipulation to extend the deadline for Ticketmaster to file a responsive pleading to Defendants' counterclaims and set the briefing schedule on any motion filed by Ticketmaster.

Having considered the Stipulation, IT IS HEREBY ORDERED THAT,

A.    The deadline for Ticketmaster to respond to Defendants' Counterclaims is extended from July 16, 2018 to August 17, 2018.

B.    The deadline for Defendants to oppose any motion by Ticketmaster in response to the Counterclaims shall be September 17, 2018.

C.    The deadline for any reply by Ticketmaster shall be October 1, 2018.

D.    If the Court chooses to conduct oral argument, the hearing on any motion by Ticketmaster in response to the Counterclaims shall be October 15, 2018.

**IT IS SO ORDERED.**

Dated: July _____, 2018          _____

Honorable Otis D. Wright II
United States District Court Judge

320603917.1                                        1

[PROPOSED] ORDER