O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PRESTIGE ENTERTAINMENT WEST, INC., a California corporation, RENAISSANCE VENTURES LLC, a Connecticut limited liability company, NICHOLAS LOMBARDI, STEVEN K. LICHTMAN, FAST SOFTWARE SOLUTIONS, LLC, a Nevada limited liability company, DOES 1 through 6, inclusive, and DOES 8 through 10, inclusive,<br><br>Defendants. | Case No. 17-cv-07232-ODW(JC)<br><br>Hon. Otis D. Wright<br><br>**[PROPOSED] ORDER RE: PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE AS TO FAST SOFTWARE SOLUTIONS,LLC ONLY [81]** |

WHEREAS, plaintiff Ticketmaster L.L.C. ("Ticketmaster") and defendant Fast Software Solutions, LLC ("Fast") filed a stipulation stating that Ticketmaster and Fast have entered into a settlement agreement that provides, among other things, for the mutual release of claims, entry of a permanent injunction against Fast in accordance with the terms stated in the stipulation, and the dismissal of all claims against Fast with prejudice.

IT IS HEREBY ORDERED AS FOLLOWS:

1. Fast and all those under its direction or control or acting in concert with it, including without limitation Fast's principals, owners, agents, employees, successors, and assigns, are permanently enjoined from:

    a. Creating or using computer programs or automated devices to search for, reserve, or purchase tickets through www.ticketmaster.com (the "Website") or the Ticketmaster mobile application (the "App"), faster than human beings can manually enter into the Website or App the information needed to obtain information about, reserve, or purchase tickets through the Website or App;

    b. Creating or using computer programs, automated devices, or other methods to circumvent CAPTCHA or any other software program integrated into the Website's or App's customer interface to distinguish computer programs or automated devices from human customers;

    c. Infringing any of Ticketmaster's copyrights in the course of purchasing or attempting to purchase tickets though the Website or App;

    d. Exceeding web page request limits, reserve request limits, or per-event ticket limits that are disclosed or otherwise posted on the Website or App;

    e. Creating or maintaining at any one time multiple Ticketmaster accounts, or creating or maintaining at any time Ticketmaster accounts containing false or fake information; and

f. Conspiring with anyone else to engage in any of the above activities.

2. No one subject to this injunction shall be found in violation of the injunction solely because he or she has unknowingly purchased tickets from, sold tickets to, or otherwise conducted business with a third party who Ticketmaster alleges has or is engaged in the above proscribed activities.

3. Except as adjudicated herein, all claims asserted by Ticketmaster against Fast shall hereby be dismissed with prejudice.

4. Ticketmaster and Fast shall all pay their own legal fees and costs incurred in connection with this action.

5. This Court shall retain continuing jurisdiction over Ticketmaster and Fast to enforce this stipulation and the proposed order.

**IT IS SO ORDERED.**

November 6, 2018

_____
           **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**