UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>  Plaintiff and<br>  Counter-Defendant,<br><br>v.<br><br>PRESTIGE ENTERTAINMENT WEST INC., a New York corporation, et al.,<br><br>  Defendants and<br>  Counter-Plaintiffs. | CASE NO. 2:17-cv-07232-ODW (JCx)<br><br>**FINAL JUDGMENT**<br><br>The Honorable Otis D. Wright II |

WHEREAS, plaintiff Ticketmaster L.L.C. ("Ticketmaster") and defendants Prestige Entertainment West, Inc., Renaissance Ventures LLC, Nicholas Lombardi, and Steven K. Lichtman ("Defendants") filed a Stipulated Final Judgment stating that Ticketmaster and Defendants have entered into a settlement agreement that provides, among other things, for the mutual release of claims, entry of a permanent injunction against Defendants in accordance with the terms stated in the Stipulated Final Judgment, and the dismissal of all claims against Defendants and counterclaims against Ticketmaster with prejudice.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendants and all those under their direction or control, including without limitation Defendants' respective current and future principals, owners, officers, agents, employees, successors, and assignees (collectively, the "Prohibited Parties"), to the maximum extent permitted by law, are permanently enjoined from:

    a. Creating or using ticket bot technology to search for, reserve, or purchase tickets through any Ticketmaster website or any Ticketmaster mobile application ("Ticketmaster Properties"). For the avoidance of doubt, this provision means that the Prohibited Parties are prohibited from:

- using automated ticket purchasing software to search for, reserve, or purchase tickets via Ticketmaster Properties at rates faster than human users can do so using standard or approved consumer web browsing software or mobile applications (including standard or approved consumer software extensions such as password keychains or web form filling software); and
- circumventing any security measure, access control system, or other technological control or measure on any Ticketmaster website or mobile application that is used by Ticketmaster to enforce posted event ticket purchasing limits or to maintain the integrity of posted online ticket purchasing order rules;

        b.        Violating Ticketmaster's Terms of Use; and

        c.        Conspiring with anyone else to engage in any of the above activities.

2. Except as adjudicated herein, all claims asserted by Ticketmaster against Defendants as well as all counterclaims asserted by Defendants against Ticketmaster shall hereby be dismissed with prejudice.

3. Ticketmaster and Defendants shall pay their own legal fees and costs incurred in connection with this action.

4. Ticketmaster and Defendants waive any rights to appeal the Stipulated Final Judgment and this permanent injunction.

5. This Court shall retain continuing jurisdiction over Ticketmaster and Defendants to enforce the Stipulated Final Judgment.

6. The Clerk of Court shall close the case.

**IT IS SO ORDERED**.

Dated: July 8, 2019

                                                The Honorable Otis D. Wright II
                                                  United States District Judge